UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>2301 FAIRVIEW DR LLC, STAVINDER SINGH doing business as AMERICAN GAS & LIQUOR,<br><br>    Defendants. | Case No.  1:22-cv-01183-JLT-HBK<br><br>VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41 (a)(1)(A)(i)<br><br>(Doc. No.  7) |

Plaintiff filed a Notice of Voluntary Dismissal of Entire Action on January 12, 2023. (Doc. No. 7). Plaintiff states he is dismissing this action *with prejudice* under Rule 41(a)(1)(A)(i). (*Id.*) (emphasis added). Rule 41 permits a plaintiff "to dismiss an action without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Here, no defendant has answered nor filed a motion for summary judgment. Accordingly, the Clerk of Court shall terminate all pending motions and deadlines and CLOSE this action to reflect Plaintiff's voluntary dismissal pursuant to Rule 41(a)(1)(A)(i).

Dated:   January 30, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE